■ THE PEOPLE OF THE STATE OF NEW YORK v MILAGROS MARTINEZ, Also Known as MILAGRAS MARTINEZ.—Motion granted to the extent of striking the appeal from the calendar of this court's March 1986 Term, dismissing the appeal because of the death of appellant and remanding the matter to the Supreme Court, New York County, with instructions to dismiss the indictment (People v Mintz, 20 NY2d 753, amended 20 NY2d 770; People v Robinson, 49 AD2d 717). Concur—Murphy, P. J., Kupferman, Ross, Milonas and Kassal, JJ.